UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RAMON DAVID QUINTANA,<br><br>             Defendant. | CASE NO.:  20-CR-2570-WQH<br><br>**ORDER GRANTING JOINT MOTION FOR RECONSIDERATION AND MODIFICATION AND MODIFYING ORDER FOR DISCLOSURE BY U.S. PROBATION OFFICE** |

Based on the parties' joint motion for reconsideration and modification of the Court's order granting the defendant's motion for disclosure as to the U.S. Probation Office in the pending supervised release proceedings, Dkt. 68 (Order), and good cause appearing, IT IS HEREBY ORDERED that the parties' joint motion is GRANTED (ECF No. 71), and the Court's Order (ECF No. 68) is hereby modified such that the Probation Office is not required to produce "All…'chronos' or notes in Mr. Quintana's file," but only the "chronos" or notes in Quintana's file that are related to or supporting the allegation. The Court finds that the Order so modified requires production of all information that may be used against the defendant in the supervised release proceedings, and disclosure of any additional

1  "chronos" or "notes" is not required or warranted here. *See United States v.*
2  *Donaghe*, 924 F.2d 940, 944 (9th Cir. 1991); Dkt. 46 at 3-4, *United States v.*
3  *Reynolds*, No. 20-CR-0953-DMS (S.D. Cal. Nov. 12, 2024). The Court's Order
4  otherwise will not be modified and remains in effect in all other respects.
5      IT IS SO ORDERED.
6  Dated: March 3, 2025

Hon. William Q. Hayes
United States District Court